IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08-3033-01-CR-S-RED |
| | ) | |
| CARL ROGER DAVIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Defendant Carl Roger Davis' Motion to Dismiss Indictment (Doc. 48), the Government's Response (Doc. 49), and the Report and Recommendation of United States Magistrate Judge (Doc. 68). After careful and independent review of the pending motion, suggestions in opposition of the pending motion, and the applicable law, this Court agrees with and **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Doc. 68) in its entirety. This Court **DENIES** Defendant's Motion to Dismiss Indictment (Doc. 48).

**IT IS SO ORDERED.**

DATED: November 3, 2009     */s/ Richard E. Dorr*
                            RICHARD E. DORR, JUDGE
                            UNITED STATES DISTRICT COURT